UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:05-CR-37 |
| ) | (PHILLIPS/GUYTON) |
| BASHARAT HUMAYUN MURTAZA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on the Defendant 's Motion to Suppress [Doc. 16], filed on June 30, 2005. On November 17, 2005, the defendant entered a change of plea before District Judge Thomas W. Phillips. Accordingly, the defendant's suppression motion [**Doc. 16**] is **DENIED as moot**.

**IT IS SO ORDERED.**

ENTER:

　　　s/ H. Bruce Guyton　　　
United States Magistrate Judge